**STATE of Missouri, Respondent,**

v.

**George CUMPTON, Appellant.**

**No. WD 51005.**

Missouri Court of Appeals,
Western District.

May 21, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

The defendant appeals from his conviction, by a jury, of one count of kidnapping, § 565.110, RSMo 1994, one count of tampering in the first degree, § 569.080(2), RSMo 1994, and one count of the unlawful use of a weapon, § 571.030(4), RSMo 1994. Affirmed. Rule 30.25(b).